**United States District Court**
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   *In re Malibu Media Copyright Litigation*        **ORDER SETTING CASE**
                                                      **MANAGEMENT CONFERENCE**
11

12                                                    No. C 15-04088 WHA
                                                      No. C 15-04108 WHA
13                                                    No. C 15-04109 WHA
                                                      No. C 15-04110 WHA
14                                                    No. C 15-04111 WHA
                                                      No. C 15-04112 WHA
15                                                    No. C 15-04150 WHA
                                                      No. C 15-04152 WHA
16                                                    No. C 15-04153 WHA
                                                      No. C 15-04154 WHA
17                                                    No. C 15-04155 WHA
                                                      No. C 15-04156 WHA
18                                                    No. C 15-04157 WHA
                                                      No. C 15-04158 WHA
19                                                    No. C 15-04159 WHA
                                                      No. C 15-04160 WHA
20                                                    No. C 15-04161 WHA
                                                      No. C 15-04162 WHA
21                                                    No. C 15-04163 WHA
                                                      No. C 15-04164 WHA
22                                                    No. C 15-04165 WHA
                                                      No. C 15-04166 WHA
23                                                    No. C 15-04167 WHA
                                                      No. C 15-04168 WHA
24                                                    No. C 15-04169 WHA
                                                      No. C 15-04170 WHA
25                                                    No. C 15-04171 WHA
                                                      No. C 15-04172 WHA
26                                                    No. C 15-04173 WHA
                                                      No. C 15-04174 WHA
27                                                    No. C 15-04175 WHA
                                                      No. C 15-04176 WHA
28                                                    No. C 15-04178 WHA
                                                      No. C 15-04179 WHA
                                                      No. C 15-04194 WHA
                                                      No. C 15-04195 WHA

**United States District Court**

For the Northern District of California

| | |
|---|---|
| 1 | No. C 15-04242 WHA |
| | No. C 15-04243 WHA |
| 2 | No. C 15-04244 WHA |
| | No. C 15-04245 WHA |
| 3 | No. C 15-04246 WHA |
| | No. C 15-04248 WHA |
| 4 | No. C 15-04280 WHA |
| | No. C 15-04281 WHA |
| 5 | No. C 15-04283 WHA |
| | No. C 15-04284 WHA |
| 6 | No. C 15-04286 WHA |
| | No. C 15-04287 WHA |
| 7 | No. C 15-04288 WHA |
| | No. C 15-04289 WHA |
| 8 | No. C 15-04290 WHA |
| | No. C 15-04291 WHA |
| 9 | No. C 15-04292 WHA |
| | No. C 15-04293 WHA |
| 10 | No. C 15-04294 WHA |
| | No. C 15-04430 WHA |
| 11 | No. C 15-04431 WHA |
| | No. C 15-04432 WHA |
| 12 | No. C 15-04433 WHA |
| | No. C 15-04434 WHA |
| 13 | No. C 15-04435 WHA |
| | No. C 15-04436 WHA |
| 14 | No. C 15-04437 WHA |
| | No. C 15-04438 WHA |
| 15 | No. C 15-04439 WHA |
| | No. C 15-04440 WHA |
| 16 | No. C 15-04441 WHA |
| | No. C 15-04442 WHA |
| 17 | / No. C 15-04443 WHA |

A case management conference in each of the above-captioned matters is hereby scheduled for **MARCH 3, 2016 AT 1:30 P.M.** in Courtroom 8, 19th Floor, of the federal courthouse, 450 Golden Gate Ave.  The cases shall be collectively referred to as "*In re Malibu Media Copyright Litigation.*"  The parties in each matter shall submit a joint case management statement by **FEBRUARY 25**.

**IT IS SO ORDERED.**

Dated:   November 23, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2